7 So.2d 580

### Eldo HEATH v. STATE.
### 7 Div. 704.

Supreme Court of Alabama.
April 16, 1942.

L. H. Ellis and Frank Head, both of Columbiana, for petitioner.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Eldo Heath for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Heath v. State, 7 So.2d 579.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.